# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ENRIQUE AMEZCUA<br><br>      Defendant. | CR NO: 2:12-CR-00424 |

**FILED**

OCT 2 9 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

  ☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: ENRIQUE AMEZCUA

Detained at: SAN JOAQUIN COUNTY JAIL

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: 21 U.S.C. §§ 846 and 841(a)(1)
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary *[**FORTHWITH**]* or *[on **DATE AND TIME**]* in the Eastern District of California.

Signature: _/s/_
Printed Name & Phone No: Justin L. Lee
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
  ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**] or [on **DATE AND TIME**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 10/24/13

_Dale A. Drozd_
Honorable Dale A. Drozd
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 12-21482 | DOB: | 04/20/1987 |
| Facility Address: | 7000 Michael Canlis Blvd, French Camp | Race: | Hispanic |
| Facility Phone: | (209) 468-4310 | FBI#: | |
| Currently | In custody | | |

## RETURN OF SERVICE

Executed on: _____

_____
(signature)