1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:12-CR-00424-TLN

12                      Plaintiff,     STIPULATION REGARDING EXCLUDABLE
                                       TIME PERIODS UNDER SPEEDY TRIAL
13            v.                       ACT; FINDINGS AND ORDER

14  ENRIQUE AMEZCUA,                   DATE: June 26, 2014
                                       TIME:  9:00 a.m.
15                      Defendant.     COURT: Hon. Troy L. Nunley

16

17                         **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and

19  defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20       1.       By previous order, this matter was set for status on June 26, 2014.

21       2.       By this stipulation, defendant now moves to continue the status conference

22  until August 21, 2014, at 9:30 a.m., and to exclude time between June 26, 2014, and

23  August 21, 2014, under Local Code T4.

24       3.       The parties agree and stipulate, and request that the Court find the

25  following:

26            a)       The government has represented that the discovery associated with

27  this case has been produced directly to counsel and/or made available for inspection

28  and copying.

b)      Counsel for defendant desires additional time to consult with his client, conduct further investigation and research related to this charge, discuss potential resolution of this matter, investigate potential sentencing mitigation, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 26, 2014 to August 21, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 28, 2014

BENJAMIN B. WAGNER
United States Attorney


/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States
Attorney


Dated:  May 28, 2014

/s/ GREGORY W. FOSTER
GREGORY W. FOSTER
Counsel for Defendant
Enrique Amezcua


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 30th day of May, 2014.

Troy L. Nunley
United States District Judge