BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>                    v.<br><br>ENRIQUE AMEZCUA,<br><br>                                   Defendant. | CASE NO.  2:12-CR-00424-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 21, 2014<br>TIME:  9:00 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on August 21, 2014.

2.      By this stipulation, defendant now moves to continue the status conference until October 23, 2014, at 9:30 a.m., and to exclude time between August 21, 2014, and October 23, 2014, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case has been produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to consult with his client, conduct further investigation and research related to this charge, discuss potential resolution of this matter, investigate potential sentencing mitigation, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 21, 2014 to October 23, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 15, 2014                          BENJAMIN B. WAGNER
                                                 United States Attorney


                                                 /s/ JUSTIN L. LEE
                                                 JUSTIN L. LEE
                                                 Assistant United States
                                                 Attorney


Dated:  August 15, 2014                          /s/ GREGORY W. FOSTER
                                                 GREGORY W. FOSTER
                                                 Counsel for Defendant
                                                 Enrique Amezcua


### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 20th day of August, 2014.


                                                 Troy L. Nunley
                                                 United States District Judge