1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8           UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:12-CR-00424-TLN

12                        Plaintiff,   STIPULATION REGARDING EXCLUDABLE
                                       TIME PERIODS UNDER SPEEDY TRIAL
13            v.                       ACT; [PROPOSED] FINDINGS AND ORDER

14  ENRIQUE AMEZCUA,                   DATE: October 23, 2014
                                       TIME: 9:30 a.m.
15                        Defendant.   COURT: Hon. Troy L. Nunley

16

17                            STIPULATION

18      Plaintiff United States of America, by and through its counsel of record, and

19  defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20      1.      By previous order, this matter was set for status on October 23, 2014.

21      2.      By this stipulation, defendant now moves to continue the status conference

22  until December 18, 2014, and to exclude time between October 23, 2014, and December 18,

23  2014, under Local Code T4.

24      3.      The parties agree and stipulate, and request that the Court find the

25  following:

26              a)      The government has represented that the discovery associated with

27      this case has been produced directly to counsel and/or made available for inspection

28      and copying.

STIPULATION REGARDING EXCLUDABLE TIME           1
PERIODS UNDER SPEEDY TRIAL ACT

b)  Counsel for defendant desires additional time to consult with his client, conduct further investigation and research related to this charge, discuss potential resolution of this matter, investigate potential sentencing mitigation, and otherwise prepare for trial.

c)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)  The government does not object to the continuance.

e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 23, 2014 to December 18, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 17, 2014                          BENJAMIN B. WAGNER
                                                  United States Attorney


                                                  /s/ JUSTIN L. LEE
                                                  JUSTIN L. LEE
                                                  Assistant United States
                                                  Attorney


Dated:  October 17, 2014                          /s/ GREGORY W. FOSTER
                                                  GREGORY W. FOSTER
                                                  Counsel for Defendant
                                                  Enrique Amezcua




### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 22nd day of October, 2014.



                                                  Troy L. Nunley
                                                  United States District Judge