**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA  95831
Phone:   (916) 395-4422
Fax:       (916) 395-4423
Email:    greglaw@jps.net

Attorney for Enrique Amezcua

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>     vs.<br><br>ENRIQUE AMEZCUA,<br><br>                              Defendant(s). | Case No.:   2:12-CR-00424-TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME**<br>DATE:  Dec. 18, 2014<br>TIME: 9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Justin Lee; and defendant Enrique Amezcua, through counsel Gregory W. Foster, hereby stipulate and agree as follows:

1. A status conference is currently set for December 18, 2014 at 9:30 a.m.

2. By this stipulation, the above-named defendant now moves to continue the status conference to February 19, 2015 at 9:30 a.m., and to exclude time between Dec. 18, 2014 and February 19, 2015 under Local Code T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

    a. The government has provided defense counsel with the discovery associated with this case.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, and/or will be made available.

1

Stipulation and Order Continuing Status
*U.S. v. Amezcua*

      b.     Counsel for defendant has been reviewing these materials, discussing them with his client, and assessing potential trial and sentencing issues.

      c.     Additionally, the government and defense counsel have been discussing relevant factors affecting potential resolution and it is anticipated that the government will provide a proposed plea agreement to defense counsel in the near future which will require adequate time to discuss with the defendant. It is anticipated that the parties will be in a position to either resolve the case at the next court date or set the matter for trial.

      d.     Based on the above-stated findings, the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e.     For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from Dec. 18, 2014 to February 19, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B(iv) [Local Code T4] because it results from a continuance by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Gregory W. Foster has been authorized by all counsel to sign this stipulation on their behalf.

Stipulation and Order Continuing Status
*U.S. v. Amezcua*

**IT IS SO STIPULATED.**

DATED: Dec. 12, 2014                       BENJAMIN B. WAGNER
                                           United States Attorney

                                            /s/ Justin Lee
                                           JUSTIN LEE
                                           Assistant United States Attorney
                                           Attorney for Plaintiff United States

DATED: Dec. 12, 2014

                                            /s/ Gregory W. Foster
                                           GREGORY W. FOSTER
                                           Attorney for Defendant Enrique Amezcua

**ORDER**

IT IS SO ORDERED.

Dated:  December 15, 2014
                                           _____
                                           Troy L. Nunley
                                           United States District Judge

Stipulation and Order Continuing Status
*U.S. v. Amezcua*