1  BENJAMIN B. WAGNER
United States Attorney
2  JUSTIN L. LEE
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8                  UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:12-CR-00424-TLN

12                        Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL
13              v.                         ACT; FINDINGS AND ORDER

14  ENRIQUE AMEZCUA,                       DATE: March 5, 2015
                                           TIME:  9:30 a.m.
15                        Defendant.       COURT: Hon. Troy L. Nunley

16

17                              **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and

19  defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for status on March 5, 2015.

21       2.      By this stipulation, defendant now moves to continue the status conference

22  until April 23, 2015, at 9:30 a.m., and to exclude time between March 5, 2015, and April

23  23, 2015, under Local Code T4.

24       3.      The parties agree and stipulate, and request that the Court find the

25  following:

26              a)      The government has represented that the discovery associated with

27       this case has been produced directly to counsel and/or made available for inspection

28       and copying.

b)      Counsel for defendant desires additional time to consult with his client, conduct further investigation and research related to this charge, discuss potential resolution of this matter, investigate potential sentencing mitigation, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 5, 2015 to April 23, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other

2    provisions of the Speedy Trial Act dictate that additional time periods are excludable from

3    the period within which a trial must commence.

4        IT IS SO STIPULATED.

5    Dated:  February 26, 2015                    BENJAMIN B. WAGNER
                                                  United States Attorney
6

7                                                 /s/ JUSTIN L. LEE
                                                  JUSTIN L. LEE
8                                                 Assistant United States
                                                  Attorney
9

10

11   Dated:  February 26, 2015                    /s/ GREGORY W. FOSTER
                                                  GREGORY W. FOSTER
12                                                Counsel for Defendant
                                                  Enrique Amezcua
13

14

15

16                        **FINDINGS AND ORDER**

17        IT IS SO FOUND AND ORDERED this 27th day of February, 2015.

18

19

20

21                                                _____
                                                  Troy L. Nunley
22                                                United States District Judge

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME            3
PERIODS UNDER SPEEDY TRIAL ACT