1    BENJAMIN B. WAGNER
     United States Attorney
2    JUSTIN L. LEE
     Assistant United States Attorney
3    501 I Street, Suite 10-100
     Sacramento, CA 95814
4    Telephone:  (916) 554-2700
     Facsimile:   (916) 554-2900
5

6    Attorneys for Plaintiff
     United States of America
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            CASE NO.  2:12-CR-00424-TLN

12                        Plaintiff,      STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL
13              v.                        ACT; FINDINGS AND ORDER

14   ENRIQUE AMEZCUA,                     DATE: April 23, 2015
                                          TIME:  9:30 a.m.
15                        Defendant.      COURT: Hon. Troy L. Nunley

16

17                            STIPULATION

18        Plaintiff United States of America, by and through its counsel of record, and

19   defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on April 23, 2015.

21        2.      By this stipulation, defendant now moves to continue the status conference

22   until June 11, 2015, at 9:30 a.m., and to exclude time between April 23, 2015, and June

23   11, 2015, under Local Code T4.

24        3.      The parties agree and stipulate, and request that the Court find the

25   following:

26             a)      The government has represented that the discovery associated with

27        this case has been produced directly to counsel and/or made available for inspection

28        and copying.

     STIPULATION REGARDING EXCLUDABLE TIME              1
     PERIODS UNDER SPEEDY TRIAL ACT

b)      Counsel for defendant desires additional time to consult with his client, conduct further investigation and research related to this charge, discuss potential resolution of this matter, investigate potential sentencing mitigation, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 23, 2015 to June 11, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

1     4.     Nothing in this stipulation and order shall preclude a finding that other

2  provisions of the Speedy Trial Act dictate that additional time periods are excludable from

3  the period within which a trial must commence.

4          IT IS SO STIPULATED.

5  Dated:  April 16, 2015                    BENJAMIN B. WAGNER
                                             United States Attorney
6

7                                            /s/ JUSTIN L. LEE
                                             JUSTIN L. LEE
8                                            Assistant United States Attorney

9

10 Dated:  April 16, 2015                    /s/ GREGORY W. FOSTER
                                             GREGORY W. FOSTER
11                                           Counsel for Defendant
                                             Enrique Amezcua
12

13

14

15                              **FINDINGS AND ORDER**

16
         IT IS SO FOUND AND ORDERED this 17th day of April, 2015.
17

18

19

20                                           _____
                                             Troy L. Nunley
21                                           United States District Judge

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                3
PERIODS UNDER SPEEDY TRIAL ACT