1 | BENJAMIN B. WAGNER
United States Attorney
2 | JUSTIN L. LEE
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
5

6 | Attorneys for Plaintiff
United States of America
7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                    CASE NO.  2:12-CR-00424-TLN

12 |                              Plaintiff,      STIPULATION REGARDING EXCLUDABLE
                                                 TIME PERIODS UNDER SPEEDY TRIAL
13 |               v.                            ACT; FINDINGS AND ORDER

14 | ENRIQUE AMEZCUA,                            DATE: June 11, 2015
                                                 TIME:  9:30 a.m.
15 |                              Defendant.      COURT: Hon. Troy L. Nunley

16

17 |                          **STIPULATION**

18 |        Plaintiff United States of America, by and through its counsel of record, and

19 | defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20 |        1.      By previous order, this matter was set for status on June 11, 2015.

21 |        2.      By this stipulation, defendant now moves to continue the status conference

22 | until July 9, 2015, at 9:30 a.m., and to exclude time between June 11, 2015, and July 9,

23 | 2015, under Local Code T4.

24 |        3.      The parties agree and stipulate, and request that the Court find the

25 | following:

26 |                a)      The government has represented that the discovery associated with

27 | this case has been produced directly to counsel and/or made available for inspection

28 | and copying.

STIPULATION REGARDING EXCLUDABLE TIME                   1
PERIODS UNDER SPEEDY TRIAL ACT

b)      Counsel for defendant desires additional time to consult with his client, conduct further investigation and research related to this charge, discuss potential resolution of this matter, investigate potential sentencing mitigation, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 11, 2015 to July 9, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 8, 2015                                      BENJAMIN B. WAGNER
                                                         United States Attorney


                                                         /s/ JUSTIN L. LEE
                                                         JUSTIN L. LEE
                                                         Assistant United States Attorney


Dated:  June 8, 2015                                     /s/ GREGORY W. FOSTER
                                                         GREGORY W. FOSTER
                                                         Counsel for Defendant
                                                         Enrique Amezcua


### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 8th day of June, 2015.



                                                         Troy L. Nunley
                                                         United States District Judge