UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 29, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00424-TLN |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| ENRIQUE AMEZCUA | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ENRIQUE AMEZCUA</u> Case No. <u>2:12-cr-00424-TLN</u> Charges <u>18 USC § 3583</u> from custody for the following reasons:

    **x**    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

    _____    Unsecured Appearance Bond $ _____

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    _____    (Other):

Issued at Sacramento, California on October 29, 2024 at 2:00 PM

By:  *Chi Soo Kim* (signature)

Magistrate Judge Chi Soo Kim