PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00424-TLN |
| Plaintiff, | ORDER DISMISSING PETITION |
| v. | DATE: November 14, 2024 |
| ENRIQUE AMEZCUA, | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendant. | |

**ORDER**

Based on the United States's Motion to Dismiss, it is HEREBY ORDERED that the supervised release petition (ECF 75) is dismissed against the above-captioned defendant. The Admit/Deny Hearing scheduled for November 14, 2024, is VACATED.

DATED: November 4, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE